**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUMA THERAPEUTICS, LTD and
DANOOSH VAHDAT,

                              Plaintiffs,

          -against-                                                    25 **CIVIL** 1928 (SHS)(JEW)

                                                                       **JUDGMENT**

U.S. DEPARTMENT OF STATE, MARCO
RUBIO, in his official capacity as Secretary of
the U.S. Department of State, JANE DOE, in
her official capacity as Minister Counselor for
Consular Affairs, U.S. Embassy, London,
United Kingdom, JOHN DOE, in his official
capacity as Consular Officer, U.S. Embassy,
London, United Kingdom,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 29, 2026, the Court has granted defendants'

motion to dismiss the complaint. (Dkt. No. 23.) Plaintiffs have failed to plausibly plead a claim

of unreasonable delay pursuant to the AP A, and plaintiffs' claim that defendants acted arbitrarily

and capriciously is both moot and unripe.

**Dated:** New York, New York

          June 30, 2026

                                                            **TAMMI M. HELLWIG**
                                        _____
                                                            **Clerk of Court**

                              **BY:**          K. mango
                                        _____
                                                            **Deputy Clerk**